Efile

US District Court of Illinois
Southern District

Scanned at Pinckneyville CC and e-mailed
11/20/23 by [initials] 6 pages

Germarco Tate
plaintiff

v.                                    23-3748-NJR

Nick Jones / official capacity
Defendant

Claimant appearing prose, complaining of Defendant alleges the following:

Denied mental health help By Nick Jones
Verbal assault By nick Jones
physical assault/abuse By nick Jones
Sexual assault abuse By nick Jones
excessive force By nick Jones
Illegal search By nick Jones
Disregard to the code of law By nick Jones

Plaintiff was at all time mentioned herein a prisons in the Illinois Department of corrections located in Illinois River, canton Illinois

Defendant at all times mentioned herein was Employed By the state of Illinois, at the Illinois department of corrections at Illinois River as a Correctional officer His duty was to uphold my rights not violate them

## Claim Continues

force was used maliciously and sadistically for the purpose of causing harm to Tate by nich Jones

1.) the Extent of the injury plaintiff is still experiencing mentally

2.) the need for the application of force was not needed ~~existed~~

3.) the relationship the need and the amount of force used No need for force sexual misconduct is never a accepted practice

5.) the Extent of threat to the safty Tate and of all is important if the courts don't act Jones will continue to force his sexual orientation on helpless Inmates under his control

### Excessive force

Harris vs chapman 97 F.3d 499 505-506 (11th Cr. 1996) holding that a prisoner who was kicked and beaten, slapped in the back of the head with a towel and slapped twice in the face such that he developed a back condition or Explorienced a worsening feeling of an Exsisting condition suffered more than de minimis injury Even if the plaintiff did not sustain a significant injury due to the use of force still violates constitutional law

Claim continues

and also I was sent to a medium max facility I believe this to be a form of retaliation and while laughing Nick Jones said this was the new way to search a individual in custody I know this is not the proper way to search an individual in custody the mental health lady Ms King even looked into this too and she told me the only way you could be searched in a manner like this is threw IA or coming off a visit it's no way Nick Jones suppose to put his hand in my back side my buttocks this is a violation of my constitutional rights and it's on camera. The sexual assult by Nick Jones verbal abuse by Nick Jones created a distrust between CO's and myself I cannot trust the correctional officers to follow thier on policy described in thier handbooks and employee handbooks
once I grieved the issue and administrators took a blind eye disregarded the misconduct of Nick Jones didn't reprimand him but reprimanded me by transferring me to a facility with higher aggressive inmates worser living conditions. limited rehabilitive options I had no choice I had no choice seek redress by filing this law suit

## Claim

on 9-16-23 my c grade had kicked in at Illinois River, so I was told to pack my stuff and move to the c grade wing which is on 2d the 2 house building and at the time the officer assigned was Nick Jones, so it was time to go to chow for lunch and when I came back my and another individual in custody called for a crisis team bc I needed help by a mental health professional for personal reasons so c/o Nick Jones put me in handcuffs and puts me in the counselors office so the individual in custody gets evacuated first then I get evacuated so he puts me back in the counselors office then officer Nick Jones lets us out and searches me in the process Nick Jones touches my back side in a inappropriate manner I am not a homosexual I am a hetero sexual male that do not want another man touching my private parts this is sexual abuse I went threw all the procedures with the grievances I even made a prea report this happened in Illinois River in 2 house in the foyer this is a illigal search and procedure this incodent messes with mentaly every day this is mental & mortal abuse this caused trauma to my brain it gave me ptsd and also I was in hand cuffs when all this happened I also had to go on crisis watch and wasn't feeling homosidal or suicidal were I had to sit in a smock for 3 days

in a democratic society that values both law and order and personal liberty of each of its citizens under law officers are required to be peace keepers in hostile environments officers that disregard federal and state law force continues have legal accountability for their actions Jones needs to be held accountable for his actions going hand in hand with excessive force is the claim that state, local and federal police forces have increasingly become militarized in their tactics use of surplus military equipment from the Department of Defense practice recently ended see generally CRS Insight IN10138 The Militarization of Law Enforcement and the Department of Defense" 1033 program by Nathan James and daniel This authorization tactic caused Jones to be able to use excessive force to assault me and be excused

Cooper v Shaghon discusses the suspect did not pose a threat he was coming out of his home and made no sudden moves, made no threats and did not ignore any comments I didn't pose a threat I was seeking mental help and Jones made a conscious decision to further my distress with mental help his unlawful acts

## Prayer for relief

Claimant seeks 100,000.00 in compensatory damages 100,000.00 in no mind damages 100,000.00 in punative damages, 100,000 in speacal and recovery dainages

This claim is filled within the time allowed after the occured as required By law. Grievance was filed

Wherefore, the plaintiff respectfully requested Judgement against the defendant in the sum

## verification

I Germaine Tate, under the penalties of perjury as provided By law pursuant to section 109, 735 ILCS 5/1-109 certify that I am the claimant above named. I have read the foregoing claim against the c/o Mtch Jones and know it's contents. The same is true to my knowledge except as to matters allowed upon information and belief as those matters I Believe it to Be true.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

_Yate, G._
Name

_Y39499_
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    **(Yes)** or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or No

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?    Yes or No

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _____

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   Name of Document: _Complaint_        Number of Pages: _6_

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.